UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1699<br><br>Case No. C05-5439 (CRB) |
| JUDITH GUNNERSON AND GUY MICHAEL GUNNERSON<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation; PFIZER GLOBAL RESEARCH & DEVELOPMENT,<br><br>Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(i)(ii), the undersigned counsel hereby stipulate that all claims of plaintiffs **JUDITH GUNNERSON** and **GUY MICHAEL GUNNERSON** against defendants G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, PFIZER, INC., and PFIZER GLOBAL RESEARCH & DEVELPMENT and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

1

*[signature: Mark P. Robinson, Jr.]*

Mark P. Robinson, Jr.
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Dated: April 7, 2009


DATED: Oct. 22, 2009         DLA PIPER LLP (US)

By: /s/
   Matt Holian
   Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

*[signature]*
Hon. Charles R. Breyer
United States District Court